```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

LISA L. HILL,                    )
                                 )
          Plaintiff,             )        7:06CV5005
                                 )
     v.                          )
                                 )
NORTHWEST COMMUNITY ACTION       )        ORDER
PARTNERSHIP,                     )
                                 )
          Defendant.             )
                                 )
```

IT IS ORDERED:

Plaintiff is given twenty (20) days to show cause why this case should not be dismissed for failure to prosecute.

DATED this 30th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge