```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LISA L. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5005 |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHWEST COMMUNITY ACTION PARTNERSHIP, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Cause having been shown,

IT IS ORDERED:

1. The order to show cause (filing 5) is withdrawn.

2. Defendant is given until September 18, 2006 to answer or otherwise plead.

DATED this 6th day of September, 2006.

BY THE COURT:

*s/ David L. Piester*
David L. Piester
United States Magistrate Judge