IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA L. HILL, ) | 7:06CV5005 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| NORTHWEST COMMUNITY ) | |
| ACTION PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon Plaintiff's motion for an extension of time for Defendant to answer or otherwise plead (filing 9). Upon consideration, I find that the motion should be granted.

Therefore,

IT IS ORDERED that the motion in filing 9 is granted, and Defendant shall have until October 2, 2006 to answer or otherwise plead.

September 22, 2006  BY THE COURT:

*s/Richard G. Kopf*
United States District Judge