IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA L. HILL, | ) | 7:06CV5005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| NORTHWEST COMMUNITY | ) | |
| ACTION PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on Plaintiff's Stipulation for Dismissal without Prejudice (filing 11), filed before the service by Defendant of an answer or a motion for summary judgment. This case may be dismissed pursuant to Fed. R. Civ. P. 41(a).

IT IS ORDERED that judgment is entered dismissing this action without prejudice pursuant to Fed. R. Civ. P. 41(a), each party to bear its own costs.

October 6, 2006                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge